1010

## In the Matter of Benjamin BALISH, Bankrupt-Appellant, Horace G. Pender, Trustee-Appellee.
### No. 400.

Circuit Court of Appeals, Second Circuit.

June 19, 1939.

Myers & Guerin, of New York City (Joseph K. Guerin, of New York City, of counsel), for appellant.

Julius Zizmor, of Brooklyn, N. Y., for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below.

## Raymond BALLARD, Joe. C. Blanford, Holy Cross Mercantile Company, Appellants, v. UNITED STATES of America, Appellee.
### No. 8075.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1939.

Ernest N. Fulton and W. R. Gentry, both of Bardstown, Ky., and Richard Priest Dietzman and Frank A. Ropke, both of Louisville, Ky., for appellants.

Eli H. Brown, III, U. S. Atty., of Louisville, Ky.

Before HICKS and ARANT, Circuit Judges, and SWINFORD, District Judge.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel.

On consideration whereof, it is now here ordered and adjudged that the judgments appealed from herein be and the same are in all things affirmed upon the authority of Di Santo v. U. S., 6 Cir., 93 F.2d 948; Dano v. U. S., 3 Cir., 91 F.2d 1012; U. S. v. Goldsmith, 2 Cir., 91 F.2d 983; and U. S. v. Tishman, 7 Cir., 99 F.2d 951.